Notice, Mul. p. 1 of 1

US District Court
Eastern District of TX-Lufkin

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 11 2020
BY
DEPUTY

Frank W. Rodriguez Jr.    §

VS    §    Civil Action No.

9:18 cv 46

Patrick Muldowney    §

Notice and Motion to Terminate Suit

    Plaintiff, Frank Rodriguez, voluntarily declines
to pursue the above styled lawsuit; and
apprises this court to terminate the entire
action and all proceedings.

Date: 12/6/20

                    Respectfully,
                    Frank W. Rodriguez Jr.
                    #1667156 - Polunsky
                    3872 Fm 350 S.
                    Livingston, TX 77351
                    Frank W. Rodriguez Jr.
                    Pro-Se

Frank W. Rodriguez Jr.
#1601136 - Polunsky
3872 Fm 350 5
Livingston, TX 77351

75501-983135

US District Court
Eastern District of TX
Attn: Judge Giblin
104 N. Third St.
Lufkin, TX 75901

NORTH HOUSTON TX 773

9 DEC 2020 PM 1